CHASAN, LEYNER & LAMPARELLO
A Professional Corporation
300 Harmon Meadow Boulevard
Secaucus, New Jersey  07094
(201) 348-6000
Attorneys for Defendants Hudson County Clerk's Office, County of Hudson and Javier Inclan, Mary Jane Desmond, Margarita Torres and Sidney King, in their official capacity only
File No. 02290-0036

| | |
|---|---|
| PATRICIA GILLEN | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>Case No. 06-5022 (SDW) |
| Plaintiff, | |
| vs. | **SECOND AMENDED**<br>**PRE-TRIAL SCHEDULING ORDER** |
| HUDSON COUNTY CLERK'S OFFICE, HUDSON COUNTY and in their official and individual capacity, JAVIER INCLAN, MARY JANE DESMOND, MARGARITA TORRES, and SIDNEY KING | |
| Defendants. | |

This matter having come before the Court for an extension of the current Pre-Trial Scheduling Order, and for good cause appearing;

It is on this __1__ day of __May__, 2008,

ORDERED that:

1. The Discovery End Date is hereby extended until ~~July 4~~ August 15*, 2008, ~~2008~~;

2. All affirmative expert reports are to be served by May 1, 2008;

3. All responding expert reports are to be served by May 31, 2008;

4. A telephonic Status Conference is to be held on ~~Wednesday,~~ Tues., ~~June 4~~ July 8 2008 at 4 p.m.

_____
HON. MADELINE COX-ARLEO, U.S.M.J.

\* The parties shall now schedule Depositions in June & July. The court is disinclined to extend discovery further absent good cause.